UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| FADI FRAKHRI, ET AL. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | NO. 3:19-CV-00050-GNS-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ET AL. ) | |
| ) | |
| Defendants ) | |

*ELECTRONICALLY FILED*

## **JOINT REPORT OF PARTIES' RULE 26(f) PLANNING MEETING**

Come now the parties, jointly, by their respective counsel, and pursuant to FRCP 26(f) and the Court's Order of September 5, 2019 (DN 11), hereby provide their report of their planning meeting:

1. The parties conducted a telephonic meeting on September 24, 2019. Ashlea Hellmann participated on behalf of the Plaintiffs. Susan Rivera and Brendan Daugherty participated on behalf of Defendant, Brandon Hogan.

2. The parties circulated this proposed litigation plan by email among all counsel and all counsel have agreed to the proposed discovery plan.

3. The parties anticipate the need for discovery on the issues of liability and damages related to any claims that remain pending after decisions on dispositive motions. The parties expect that written discovery, production of documents, and depositions of parties and witnesses will be necessary. The parties propose and ask the Court to establish the following deadlines:

A. Initial disclosures – Parties will serve their Rule 26(a)(1) initial disclosures on or before November 13, 2019;

B. Fact Discovery Deadline – May 15, 2020;

C. Rule 26(a)(2) Disclosure Deadline –

    For Plaintiffs: August 14, 2020;

    For Defendant: September 28, 2020;

D. Expert Discovery Deadline – November 27, 2020;

E. Dispositive Motion Deadline – January 28, 2021;

F. *Daubert* Motion Deadline – January 28, 2021.

4. Other items –

A. Deadline for joinder of additional parties and amendment of pleadings –

    For Plaintiffs: July 17, 2020;

    For Defendant: August 31, 20202.

B. The parties do not agree to the referral of this matter for all purposes to the United States Magistrate Judge.

Respectfully Submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Susan K. Rivera
Susan K. Rivera
Brendan R. Daugherty
Assistant Jefferson County Attorneys
531 Court Place, Ste. 900
Louisville, Kentucky 40202
PHONE: (502) 574-4048
FAX: (502) 574-5573
EMAIL: susan.rivera@louisvilleky.gov
EMAIL: brendan.daugherty@louisvilleky.gov
*COUNSEL FOR DEFENDANT, BRANDON HOGAN*

And

/s/ Ashlea Hellmann (w/ permission)
Maria A. Fernandez
Ashlea N. Hellmann
FERNANDEZ HAYNES & MOLONEY, PLLC
401 W. Main St., Suite 1807
Louisville, KY 40202
Email: mfernandez@fhmlegal.com
Email: ahellmann@fhmlegal.com
*COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed the above on October 14, 2019 using the Court's CM/ECF system which will send copies to the counsel of record.

/s/ Susan K. Rivera
*Counsel for Defendant, Brandon Hogan*